IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEREMIAH B., ET AL.,, | ) | CIVIL NO. 09-00262 DAE-LEK |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | ORDER ADOPTING |
| vs. | ) | MAGISTRATE'S REPORT OF |
| | ) | SPECIAL MASTER ON AWARD |
| DEPARTMENT OF EDUCATION, | ) | OF ATTORNEYS' FEES AND |
| STATE OF HAWAII,, | ) | COSTS |
| | ) | |
| Defendant(s). | ) | |

_____

## ORDER ADOPTING MAGISTRATE'S REPORT OF SPECIAL MASTER ON AWARD OF ATTORNEYS' FEES AND COSTS

A Report of Special Master having been filed and served on all parties on

January 29, 2010 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Title 28,

United States Code, Section 636 (b)(2) and Local Rule 53.1, the Report of Special

Master is adopted as the opinion and order of this court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, February 22, 2010.



_____
David Alan Ezra
United States District Judge

cc: all parties of reco: